**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorneys for Plaintiff, CARLA SHINER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA SHINER, | CASE NO.: 15-cv-02391-JSC |
| Plaintiff, | REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), ET AL, | Date: September 3, 2015<br>Time: 1:30 p.m.<br>Courtroom: F<br>Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Action Filed: May 5, 2015 |

Plaintiff, CARLA SHINER, by and through her attorney, Stewart C. Altemus, requests permission to appear telephonically at the Initial Case Management Conference hearing on September 3, 2015 at 1:30 p.m. in Courtroom F, the Honorable Jacqueline Scott Corley, Judge Presiding.

This request is made on the following grounds:

Plaintiff's attorney, Stewart C. Altemus is presently scheduled to be in depositions in a medical malpractice action pending in Shasta County Superior Court commencing at 10:00 a.m. on September 3, 2015. It would not be possible for Mr. Altemus to be personally present in San Francisco for the Initial Case Management Conference herein at 1:30 p.m. if he is in attendance at

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Request to Appear Telephonically at Initial Case Management Conference

1

1  depositions in Redding which are scheduled to commence at 10:00 a.m on September 3rd and most
2  likely will not be completed before the hearing time of 1:30 p.m. for this conference. Plaintiff's
3  attorney has advised opposing counsel in the medical malpractice action that he will have to take a
4  break from the depositions in order to appear telephonically, if granted, in this matter at 1:30 p.m.
5  on September 3, 2015.

6  Dated: August 20, 2015.                     ALTEMUS & WAGNER

7                                              /s/Stewart C. Altemus
                                                Stewart C. Altemus
8                                               Attorney for Plaintiff
                                                CARLA SHINER
9

10                                    **ORDER**

11       IT IS HEREBY ORDERED that Plaintiff's attorney, Stewart C. Altemus, be and
12  is hereby granted permission to appear telephonically at the Initial Case Management
13  Conference hearing on September 3, 2015 at 1:30 p.m. to be scheduled through CourtCall
14  pursuant to the Court's Notice Re: Telephonic Appearance Procedure.

15  Dated: _____August 21, 2015_____.
16                                              _____
                                                Jacqueline Scott Corley, Judge

GRANTED
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Request to Appear Telephonically at Initial Case Management Conference    2