**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorneys for Plaintiff, CARLA SHINER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA SHINER,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), ET AL,<br><br>          Defendants.<br>_____/ | CASE NO.: 15-cv-02391-JSC<br><br>REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:        April 28, 2016<br>Time:        1:30 p.m.<br>Courtroom:   F<br>Judge: Hon. Jacqueline Scott Corley<br><br>Action Filed: May 5, 2015 |

Plaintiff, CARLA SHINER, by and through her attorney, Stewart C. Altemus, requests permission to appear telephonically at the Further Case Management Conference hearing on April 28, 2016 at 1:30 p.m. in Courtroom F, the Honorable Jacqueline Scott Corley, Judge Presiding.

This request is made on the following grounds:

Plaintiff's attorney, Stewart C. Altemus is presently scheduled to be at a Trial Readiness Conference in Siskiyou County Superior Court in Yreka, California, at 10:30 a.m. on April 28, 2016. It would not therefore be possible for Mr. Altemus to be personally present in San Francisco for the Further Case Management Conference herein at 1:30 p.m. if he is in attendance at at a hearing in Yreka, California commencing at 10:30 a.m.

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Request to Appear Telephonically at Initial Case Management Conference

1

Dated: March 8, 2016.                                            ALTEMUS & WAGNER

/s/Stewart C. Altemus
Stewart C. Altemus
Attorney for Plaintiff
CARLA SHINER

## ORDER

IT IS HEREBY ORDERED that Plaintiff's attorney, Stewart C. Altemus, be and is hereby granted permission to appear telephonically at the Further Case Management Conference hearing on April 28, 2016 at 1:30 p.m. to be scheduled through CourtCall pursuant to the Court's Notice Re: Telephonic Appearance Procedure.

Dated: March 10, 2016                            _____
                                                 Jacqueline Scott Corley, Judge

*GRANTED*
*Judge Jacqueline Scott Corley*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Request to Appear Telephonically at Initial Case Management Conference    2

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1255 Sacramento Street, Redding, California 96001. On the date indicated below, I served true copies of the following documents:

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**

__x__ **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Redding, California.

_____ **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is picked up that same day for delivery the following business day.

_____ **by facsimile transmission**, in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile number(s) indicated, I caused such documents to be telefaxed to the designated fax numbers.

_____ **by personally delivering** a true copy thereof to the person and at the address set forth below.

Stephanie L. Quinn
Murphy, Campbell, Alliston & Quinn
8801 Folsom Blvd. #230
Sacramento CA 95826
Facsimile: (916) 400-2311

Executed on March 9, 2016 at Redding, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Bonnie Prather
Bonnie Prather

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Request to Appear Telephonically at Initial Case Management Conference

3