**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorneys for Plaintiff, CARLA SHINER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA SHINER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), ET AL,<br><br>　　　　　Defendants.<br>_____ / | CASE NO.: 15-cv-02391-JSC<br><br>STIPULATION TO DISMISS PLAINTIFF' CLAIMS; [PROPOSED ORDER GRANTING DISMISSAL' FRCP 41(a)(2)]<br><br>Judge: Hon. Jacqueline Scott Corley |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, that this matter be dismissed. The parties further respectfully request an Order of this Court dismissing the Plaintiff's claims herein.

　　　The grounds for the Stipulation are that the parties mutually agreed to settle the matter and all terms provided for in the settlement agreement have been completed.

Dated: April 18, 2016.　　　　　　　　　　　ALTEMUS & WAGNER

　　　　　　　　　　　　　　　　　　　　　　/s/Stewart C. Altemus
　　　　　　　　　　　　　　　　　　　　　　Stewart C. Altemus
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　CARLA SHINER

Dated: April 19, 2016.　　　　　　　　　　　NATIONAL RAILROAD
　　　　　　　　　　　　　　　　　　　　　　PASSENGER CORPORATION
　　　　　　　　　　　　　　　　　　　　　　(AMTRAK)

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephanie Quinn
　　　　　　　　　　　　　　　　　　　　　　Stephanie Quinn
　　　　　　　　　　　　　　　　　　　　　　Murphy Campbell Alliston & Quinn
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation to Dismiss Plaintiff's Claims & Proposed Order

1

## ORDER

Pursuant to Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff, CARLA SHINER'S claims against NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) are hereby dismissed.

Dated: April 20, 2016

_____
Jacqueline Scott Corley

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900